IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GERAL R. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-CV-115-JHP |
| ) | |
| HARTFORD LIFE INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Plaintiff Geral R. Brown's Motion to Supplement the Administrative Record [Docket No.47] and Defendant Hartford Life Insurance Co.'s ("Hartford") Response in Opposition [Docket No. 48]. Plaintiff seeks to supplement the Administrate Record provided by Defendant with six documents from the Social Security Administration. The Court's review of a plan administrator's decision is "limited to the administrative record-the materials compiled by the administrator in the course of making his decision." *Fought v. UNUM Life Ins. Co. Of Am.*, 379 F.3d 997, 1003 (10th Cir. 2004). Based on both parties' briefs, it appears the Social Security documents in question were not reviewed by Defendant's plan administrator. Plaintiff argues that these materials are highly relevant according to the holding of *Metropolitan Life Ins. Co. v. Glenn*, - - U.S. - -, 128 S.Ct. 2343 (2008); however, the Court disagrees. These documents do not relate to any conflict of interest issues, but rather relate to the merits of Defendant's decision to deny Plaintiff's claim for benefits. Because the documents were not relied upon by Defendant's plan administrator, the Court finds no reason to add these documents to the administrative record. Accordingly, Plaintiff's Motion is DENIED.

IT IS SO ORDERED this 1st day of October, 2009.

James H. Payne
United States District Judge
Eastern District of Oklahoma