IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **GERAL R. BROWN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 06-CV-115-JHP |
| | ) | |
| **HARTFORD LIFE INSURANCE CO.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

In accordance with the Opinion and Order granting Defendants' Motions for Summary Judgment and dismissing the ERISA claim, entered contemporaneously herewith, judgment is entered in favor of the Defendant, Hartford Life Insurance Co., and against the Plaintiff, Geral R. Brown.

**IT IS SO ORDERED** this 14th day of September, 2010.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma